

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellant's counsel filed a motion for leave to file a motion to withdraw as counsel. A motion for leave is unnecessary if counsel wishes to withdraw. Counsel should simply file an actual motion to withdraw in accordance with the rules. We have contacted counsel's office by telephone on numerous occasions since the motion was filed, explaining to counsel that she should move to withdraw the motion for leave and simply file a motion to withdraw. Despite assurances that this would be done, there have been no subsequent filings. Accordingly, we **DENY** counsel's motion of leave to file a motion to withdraw as counsel.

Moreover, a filing fee of $195.00 was due when this appeal was filed but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified appellant of this deficiency in a letter dated November 12, 2014. Appellant was advised the fee was due no later than November 24, 2014. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **ORDER** appellant, **not later than December 22, 2014** to either (1) pay the applicable filing fee, or (2) provide written proof to this court that she is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

The clerk is **ordered** to serve copies of this order on appellant, all counsel, the district clerk, and the court reporter.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.

Keith E. Hottle
Clerk of Court